IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

AILEAF ASHFORD,            :      No. 3:23cv794
          Plaintiff       :
                          :      (Judge Munley)
   v.                     :
                          :      (Magistrate Judge Camoni)
CORRECTIONAL ACTIVITIES    :
SUPERVISOR CRULL, et al.   :
          Defendants      :
................................................................................................

## ORDER

Presently before the court is the Report and Recommendation ("R&R") of

Magistrate Judge Sean A. Camoni in this action filed by Plaintiff Aileaf Ashford

relative to injuries allegedly sustained by the *pro se* plaintiff while incarcerated at

the State Correctional Institution at Huntington ("SCI-Huntington"). (Doc. 49).

Magistrate Judge Camoni recommends that defendants' motion for summary

judgment be granted with respect to plaintiff's Eighth Amendment conditions of

confinement claim against Defendants Davis, Price, and Goss regarding

plaintiff's housing assignment and need for showers.  The R&R also

recommends that the court decline to exercise supplemental jurisdiction over the

state law claim for negligence against Defendant Crull.  No objections to the R&R

have been filed and the time for such filing has passed.

In deciding whether to adopt the report and recommendation when no

timely objection is filed, the court must determine if a review of the record

evidences plain error or manifest injustice. FED. R. CIV. P. 72(b), 1983 Advisory Committee Notes ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record to accept the recommendation"); see also 28 U.S.C. § 636(b)(1); Sullivan v. Cuyler, 723 F.2d 1077, 1085 (3d Cir. 1983).

After a careful review, the court thus finds neither clear error on the face of the record nor a manifest injustice, and therefore, the court shall accept the R&R and adopt it in its entirety.  It is thus hereby **ORDERED** as follows:

1) The R&R, (Doc. 83), is **ADOPTED** in its entirety;

**2)** The defendants' motion for summary judgment, (Doc. 69), is **GRANTED** as to the Plaintiff's Eighth Amendment conditions of confinement claim against Defendants Davis, Price, and Goss;

3) The plaintiff's state law negligence claim is **DISMISSED** without prejudice; and

4) The Clerk of Court is directed to close this case.

Date: ___7-20-26___

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court

2